UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,         :

      - v -                     :     NOTICE OF INTENT TO
                                    FILE AN INFORMATION
JOSE REYES,                       :

          Defendant.         :

- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          November 1, 2017

                                JOON H. KIM
                                Acting United States Attorney

               By: _____
                     Michael C. McGinnis
                     Assistant United States Attorney

              AGREED AND CONSENTED TO:

               By: _____
                     ERIC SEARS, Esq.
                     Attorney for JOSE REYES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/17